NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@trialnewport.com
David W. Reid, Bar No. 267382
dreid@trialnewport.com
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Ex. Rel., RANDY CARVER,<br><br>        Plaintiff,<br><br>vs.<br><br>FACTOR NUTRITION LABS, LLC., *ET AL.*,<br><br>        Defendants. | CASE NO. CV-10-02529 CW<br><br>[~~PROPOSED~~]<br><br>**ORDER ON STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE THE SECOND AMENDED COMPLAINT PURSUANT TO LOCAL RULE 6-2** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff RANDY CARVER shall have until December 21, 2010 to file the Second Amended Complaint.  Factor Nutrition may file its motion to dismiss the Second

1 | Amended Complaint on or before January 4, 2011.

2 | Dated: ___**12/15/2010**_____          _____

3 |                                                     Honorable Claudia Wilken
                                                        United States District Judge

- 2 -
**ORDER ON STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE THE SECOND AMENDED COMPLAINT PURSUANT TO LOCAL RULE 6-2 - No. CV10- 02529 EDL**