# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **United States of America, ex re., Randy Carver**<br><br>*Plaintiff,*<br><br>v.<br><br>**Factor Nutrition Labs, LLC**, *et al.*<br><br>*Defendants.* | Case No. 4:10-cv-02529-CW<br><br>**Order Granting Joint Stipulation to Extend Hearing on Case Dispositive Motions**<br><br>Date:         June 30, 2011<br>Time:        2:00 p.m.<br>Crt. Rm:   2, 4th Floor<br><br>Hon. Claudia Wilken |

The Court having reviewed Defendant Factor Nutrition Labs, LLC's ("Factor") and Plaintiff Randy Carver's ("Carver") Joint Stipulation to Extend Hearing on Case Dispositive Motions, and good cause appearing therefor, the Court **GRANTS** the Motion, and extends the hearing on case dispositive motions from June 2, 2011 to June 30, 2011.  The CMC is continued to that date also.  If the case does not settle and case dispositive motions are heard on that date, the pretrial and trial may need to be continued.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 4/28/2011

United States District Judge
Hon. Claudia Wilken