# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **United States of America, ex re., Randy Carver**<br><br>*Plaintiff,*<br><br>v.<br><br>**Factor Nutrition Labs, LLC**, *et al.*<br><br>*Defendants.* | Case No. 4:10-cv-02529-CW<br><br>**Order Denying Joint Stipulation to Vacate All Pending Court Dates and Place Action on Inactive Docket**<br><br>Date:        June 30, 2011<br>Time:        2:00 p.m.<br>Crt. Rm:   2, 4th Floor<br><br>Hon. Claudia Wilken |

    The Court having reviewed Defendant Factor Nutrition Labs, LLC's ("Factor") and Plaintiff Randy Carver's ("Carver") Joint Stipulation to Vacate All Pending Court Dates and Place Action on Inactive Docket, and good cause appearing therefor, the Court **DECLINES** the Stipulation.  The Court vacates the date by which all case dispositive motions were to be heard, and the date of the further case management conference is continued until July 26 at 2:00 pm to

give the parties time to finalize their settlement agreement. The date of the final pretrial conference and trial dates will be maintained and will be reset if necessary if the settlement is not finalized.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 6/21/2011

*[signature]*

United States District Judge
Hon. Claudia Wilken

4:10-cv-02529-CW
**[Proposed] Order**